**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ARI SMELKINSON,**

    *Plaintiff*,

**V.**                                                                           **Case No.:  5:26cv104-MW/MJF**

**PEADEN, LLC,**

    *Defendant.*

_____/

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from handling this case. 28 U.S.C. § 455(a).

**SO ORDERED on June 22, 2026.**

               **s/Mark E. Walker**
               **United States District Judge**